KNITTING MILLS, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $4,099.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Application of MATILDA WEISBECKER and Others, as Executors and Trustees, etc., of CHARLES WEISBECKER, Deceased, Respondents, for Leave to Lease Real Property. PAUL WHITCOMB, Intervenor, Appellant.— Orders affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

PAUL WHITCOMB, Appellant, v. MATILDA WEISBECKER and Others, Individually and as Executors and Trustees, etc., Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THOMPSON-STARRETT COMPANY, Respondent, v. THE FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BETTY P. PAWLOWSKI, Respondent, v. CHARLOTTE WOODRUFF, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ. [See 122 Misc. 695.]

SOPHIE KAUFMAN, Appellant, v. ALBERT J. SELIGSBERG and Others, Individually and as Copartners, etc., Defendants, Impleaded with PAUL FOERSTER, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SOPHIE KAUFMAN, Appellant, v. ALBERT J. SELIGSBERG and Others, Individually and as Copartners, etc., Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SABINA FOY, Appellant, v. THOMAS FOY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

STANISLAO MONACO, Respondent, v. CHRISTOPHER F. TERRENCE and Others, Doing Business under the Name of C. F. TERRENCE & SONS, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CRISTOFARO VOLPE, Appellant, v. UNITED MARINE CONTRACTING CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ISABELLE C. GWATHMEY, Respondent, v. ARCHIBALD B. GWATHMEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

SEVERNOE SECURITIES CORPORATION, Respondent, v. LONDON AND LANCASHIRE